UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

AMAL BAKHRONOV,

    Petitioner,

v.

WARDEN, EDEN DETENTION
CENTER,

    Respondents.

No. 6:26-CV-00203-H

## ORDER

For the second time, Petitioner moves to voluntarily dismiss his petition for writ of habeas corpus because he has been transferred to a facility located in California. Dkt. No. 11. Petitioner seeks dismissal without prejudice so that he may instead pursue his claims in California—similar to his first motion, which this Court denied. *See* Dkt. Nos. 9, 10. In short, Petitioner seeks to avoid a merits determination from this Court so that he may refile in the appropriate district court in California with the assistance of friends and individuals in California who are willing to help him obtain legal counsel there. *See* Dkt. No. 11. But as explained below and in the Court's prior order, the motion is denied.

In support of his motion, Petitioner asserts that he cannot continue litigating this case for financial reasons because he cannot afford to obtain counsel to represent him here. But as explained in the previous order, the motion must be denied under Fed. R. Civ. P. 41(a)(2). In sum, this case is ripe for review and dismissing the action at this late stage, simply for Petitioner to restart the process in another jurisdiction, would undermine judicial efficiency. Thus, the Court sees no compelling reason to grant voluntary dismissal without prejudice. The renewed motion for voluntary dismissal without prejudice is denied.

This case remains pending, briefing is complete, and the Court will consider the petition in due course.

So ordered on August 11, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE