UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

AMAL BAKHRONOV,

Petitioner,

v.

WARDEN, EDEN DETENTION CENTER,

Respondent.

No. 6:26-CV-00203-H

**JUDGMENT**

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is denied and dismissed.

Dated October 16, 2026.

JAMES WESLEY HENDRIX
United States District Judge